JS-6

Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

Thomas P. Quinn, Jr., Esq.
NOKES AND QUINN APC
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant
Equifax Information Services, LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| **RYAN GEGENHEIMER,**<br><br>            **Plaintiff**<br><br>-against-<br><br><br>**EQUIFAX INFORMATION SERVICES, LLC EXPERIAN INFORMATION SOLUTIONS, INC., and WELLS FARGO BANK, N.A.,**<br><br>            **Defendants** | **C.A. No.: 2:19-cv-10650-GW-GJS**<br><br><br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

   THAT pursuant to the parties' December 2, 2020 Stipulation of Dismissal, all claims asserted against the last remaining Defendant **EQUIFAX INFORMATION SERVICES, LLC** in Civil Action No: **2:19-cv-10650-GW-GJS**, are dismissed with prejudice; and

   THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** ___3rd___ **day of** ___December___, 2020.

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE